UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
VERONICA ACEVEDO,
                        Plaintiff,

          -against-

COMMISSIONER OF SOCIAL SECURITY,
                        Defendants.
------------------------------------------------------------X

21 Civ. 10621 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the February 16, 2022, Order at Dkt. No. 10 directed the parties to file either a fully executed Notice, Consent, and Reference of a Civil Action to a Magistrate Judge form or a joint letter within two weeks;

WHEREAS, the parties did not file either the form or a joint letter. It is hereby

**ORDERED** that by **March 10, 2022**, the parties shall file the form or joint letter in accordance with the instructions provided in the February 16, 2022, Order. The parties are advised that failure to comply with Court-ordered deadlines may result in sanctions.

Dated: March 3, 2022
       New York, New York

                                            LORNA G. SCHOFIELD
                                          UNITED STATES DISTRICT JUDGE