**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
VERONICA ACEVEDO,

                Plaintiff,

    -against-                                    21 **CIVIL** 10621 (KHP)

                                                            **<u>JUDGMENT</u>**

COMMISSIONER OF SOCIAL SECURITY,

                Defendant.
-----------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion dated February 1, 2023, Plaintiff's motion for judgment on the pleadings is DENIED and Defendant's motion for judgment on the pleadings is GRANTED; accordingly, the case is closed.

**Dated:** New York, New York

       February 2, 2023

                                                             **RUBY J. KRAJICK**

                                                       _____
                                                            **Clerk of Court**

                              **BY:**          *K. Mango*

                                                            _____
                                                            **Deputy Clerk**